```
 1  RICHARD DOYLE, City Attorney (#88625)
    NORA FRIMANN, Chief Trial Attorney (93249)
 2  ROBERT FABELA, Sr. Deputy City Attorney (148098)
    NKIA D. RICHARDSON, Deputy City Attorney (193209)
 3  Office of the City Attorney
    200 East Santa Clara Street
 4  San José, California 95113-1905
    Telephone Number: (408) 535-1900
 5  Facsimile Number:  (408) 998-3131
    E-Mail Address:  cao.main@sanjoseca.gov
 6
 7  Attorneys for CITY OF SAN JOSE, JAMES HELMER,
    STEPHANIE DUELTGEN, DIANE MILOWICKI aka
 8  DIANE MILO
```



UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

C07 04512

| | |
|---|---|
| EMILY BRIGGS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SAN JOSE, JAMES HELMER, STEPHANIE DUELTGEN, DIANE MILOWICKI aka DIANE MILO, and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | Case Number:<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441**<br><br>**DEMAND FOR JURY TRIAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants City of San José, James Helmer, Stephanie Dueltgen, and Diane Milowicki hereby remove to this Court the state court action described below.

1.　On March 23, 2007, an action was commenced in the Superior Court of the State of California in and for the County of Santa Clara, entitled *Emily Briggs v. City of San Jose and Does 1 through 20*, as case number 1-07-CV082418.  Defendants were not served with this Complaint, but rather retained a copy thereof from the Superior Court clerk on or

---

1
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441;　　　　　　　　　434540
DEMAND FOR JURY TRIAL

about August 29, 2007. A copy of this Complaint and Summons is attached hereto as Exhibit A.

2. On May 10, 2007, Plaintiff filed her First Amended Complaint in Superior Court, adding James Helmer, Stephanie Dueltgen, and Diane Milowicki as defendants. A copy of the First Amended Complaint with Summons is attached hereto as Exhibit B.

3. The first day upon which any of the Defendants received a copy of the First Amended Complaint was July 31, 2007, when the City was served with a copy of such complaint and summons from the state court.

4. The only two pleadings filed in the state court action are the Complaint and First Amended Complaint, attached hereto.

## JURISDICTION

5. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. Section 1331, and which may be removed to this Court by Respondents under 28 U.S.C. Section 1441(b) in that it alleges claims that arise under the Americans with Disabilities Act and the Age Discrimination in Employment Act.

## INTRADISTRICT ASSIGNMENT

6. This matter should be assigned to the San Jose Division of this District Court in that a substantial part of the alleged events which give rise to Plaintiff's claims occurred in the City of San Jose and/or the County of Santa Clara.

## JURY TRIAL DEMAND

7. Defendants hereby demand a jury.

WHEREFORE, Defendants pray that the above action now pending against them in the Superior Court of California, County of Santa Clara, be removed therefrom to this Court.

RICHARD DOYLE, City Attorney

Dated: August 30, 2007

By: *Robert Fabela*
ROBERT FABELA
Sr. Deputy City Attorney

Attorneys for CITY OF SAN JOSE, JAMES HELMER, STEPHANIE DUELTGEN, DIANE MILOWICKI aka DIANE MILO

2