

1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (93249)
2  ROBERT FABELA, Sr. Deputy City Attorney (148098)
   NKIA D. RICHARDSON, Deputy City Attorney (193209)
3  Office of the City Attorney
   200 East Santa Clara Street
4  San José, California  95113-1905
   Telephone Number: (408) 535-1900
5  Facsimile Number:  (408) 998-3131
   E-Mail Address:  cao.main@sanjoseca.gov
6
7  Attorneys for CITY OF SAN JOSE, JAMES HELMER,
   STEPHANIE DUELTGEN, DIANE MILOWICKI aka
8  DIANE MILO

9

10                UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13  EMILY BRIGGS,                          Case Number: C07-04512 PVT

14              Plaintiff,                 **PROOF OF SERVICE**

15        v.

16  CITY OF SAN JOSE, JAMES HELMER,
    STEPHANIE DUELTGEN, DIANE
17  MILOWICKI aka DIANE MILO, and DOES
    1-20, inclusive,
18
              Defendants.
19

20

21        I, the undersigned declare as follows:

22        I am a citizen of the United States, over 18 years of age, employed in Santa Clara

23  County, and not a party to the within action.  My business address is 200 East Santa Clara

24  Street, San Jose, California  95113-1905, and is located in the county where the service

25  described below occurred.

26        On **August 30, 2007**, I caused to be served the within:

27        **NOTICE OF REMOVAL OF ACTIO UNDER 28 U.S.C. SECTION 1441;
                          DEMAND FOR JURY TRIAL**
28

                                    1
PROOF OF SERVICE                                                             434567

☒ by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ by FACSIMILE TRANSMISSION, with a copy of this declaration, to a facsimile machine at the facsimile machine telephone number listed below.

The above-described transmission was reported as complete without error by a transmission report issued by the facsimile machine immediately following the transmission.

Addressed as follows:

Mr. Sidney C. Flores
Flores & Barrios
P. O. Box 266
San Jose, California 95103

Phone Number: (408) 292-3400
Fax Number: (408) 292-3421

**Attorney for Plaintiff Emily Briggs**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **August 30, 2007**, at San Jose, California.

*Margarita Martinez*
Margarita Martinez

PROOF OF SERVICE

2

434567