RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (93249)
ROBERT FABELA, Sr. Deputy City Attorney (148098)
NKIA D. RICHARDSON, Deputy City Attorney (193209)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE, JAMES HELMER,
STEPHANIE DUELTGEN, DIANE MILOWICKI aka
DIANE MILO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILY BRIGGS,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, JAMES HELMER, STEPHANIE DUELTGEN, DIANE MILOWICKI aka DIANE MILO, and DOES 1-20, inclusive,<br><br>        Defendants. | Case Number: C07-04512 PVT<br><br>**DECLARATION OF SAMUEL GRIMALDO** |

    I, Samuel Grimaldo, declare as follows:

    1.    I am a courier at the San Jose City Attorney's Office. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would competently testify thereto.

    2.    On August 30, 2007 I deposited the following documents at the United States District Court via the drop box: Civil Cover Sheet, Notice of Removal of Action Under 28 U.S.C. Section 1441; Demand for Jury Trial, and Proof of Service. I inadvertently forgot to date stamp the documents that I deposited in the drop box. As a result, those documents

1 | were date stamped August 31, 2007 by the clerk of the United States District Court, even
2 | though I actually deposited them on August 30, 2007.
3 |     I declare under penalty of perjury that I have personal knowledge of the foregoing and
4 | that it is true and correct, and that this Declaration was executed on the 6th day of
5 | September 2007, at San Jose, California.

*[signature]*

Samuel Grimaldo

# PROOF OF SERVICE

CASE NAME:   EMILY BRIGGS v CITY OF SAN JOSE, et al.

CASE NO.:   C07-04512 PVT

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On **September 6, 2007**, I caused to be served the within:

**DECLARATION OF SAMUEL GRIMALDO**

☒ by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ by FACSIMILE TRANSMISSION, with a copy of this declaration, to a facsimile machine at the facsimile machine telephone number listed below.

The above-described transmission was reported as complete without error by a transmission report issued by the facsimile machine immediately following the transmission.

Addressed as follows:

Mr. Sidney C. Flores
Flores & Barrios
P. O. Box 266
San Jose, California 95103

Phone Number: (408) 292-3400
Fax Number: (408) 292-3421

**Attorney for Plaintiff Emily Briggs**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **September 6, 2007**, at San Jose, California.

*Margarita Martinez* (signature)
Margarita Martinez

PROOF OF SERVICE                                                                 435526