| | |
|---|---|
| 1 | RICHARD DOYLE, City Attorney (#88625) |
| 2 | NORA FRIMANN, Chief Trial Attorney (93249)<br>ROBERT FABELA, Sr. Deputy City Attorney (148098) |
| 3 | NKIA D. RICHARDSON, Deputy City Attorney (193209)<br>Office of the City Attorney |
| 4 | 200 East Santa Clara Street<br>San José, California 95113-1905 |
| 5 | Telephone Number: (408) 535-1900<br>Facsimile Number: (408) 998-3131 |
| 6 | E-Mail Address: cao.main@sanjoseca.gov |
| 7 | Attorneys for CITY OF SAN JOSE, JAMES HELMER, |
| 8 | STEPHANIE DUELTGEN, DIANE MILOWICKI aka<br>DIANE MILO |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILY BRIGGS,<br><br>           Plaintiff,<br><br>   v.<br><br>CITY OF SAN JOSE, JAMES HELMER, STEPHANIE DUELTGEN, DIANE MILOWICKI aka DIANE MILO, and DOES 1-20, inclusive,<br><br>           Defendants. | Case Number: C07-04512 PVT<br><br>**PROOF OF SERVICE** |

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On **September 7, 2007**, I caused to be served the within:

1. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

1

| PROOF OF SERVICE | 434567 |

2. **STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE PATRICIA V. TRUMBALL;**

3. **STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES;**

4. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA: CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;**

5. **DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA;**

6. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE;**

7. **FORM: CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;**

8. **FORM: DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;**

9. **ECF REGISTRATION INFORMATION HANDOUT;**

10. **NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION;**

11. **GENERAL ORDER NO. 53 (PRIVACY);**

12. **GENERAL ORDER NO. 40 (PROHIBITION OF BIAS);**

13. **GENERAL ORDER NO. 45 (ELECTRONIC CASE FILING);**

14. **INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS (ADR LOCAL RULE 3-5);**

15. **FORM: ADR CERTIFICATION BY PARTIES AND COUNSEL;**

16. **FORM: STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS;**

17. **FORM: NOTICE OF NEED FOR ADR PHONE CONFERENCE; and**

18. **ORDER OF THE CHIEF JUDGE IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES**

☒ by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

2

PROOF OF SERVICE                                                                                              434567

1 | Addressed as follows:

2 | Mr. Sidney C. Flores
Flores & Barrios
3 | P. O. Box 266
San Jose, California 95103
4 | Phone Number: (408) 292-3400
5 | Fax Number: (408) 292-3421

6 | **Attorney for Plaintiff Emily Briggs**

7 | I declare under penalty of perjury under the laws of the State of California that the

8 | foregoing is true and correct. Executed on **September 7, 2007**, at San Jose, California.

*[signature]*
Margarita Martinez

3

PROOF OF SERVICE                                            434567