RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (93249)
ROBERT FABELA, Sr. Deputy City Attorney (148098)
NKIA D. RICHARDSON, Deputy City Attorney (193209)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE, JAMES HELMER, STEPHANIE DUELTGEN, DIANE MILOWICKI aka DIANE MILO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILY BRIGGS,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF SAN JOSE, JAMES HELMER, STEPHANIE DUELTGEN, DIANE MILOWICKI aka DIANE MILO, and DOES 1-20, inclusive,<br><br>        Defendants. | Case Number: C07-04512 PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

RICHARD DOYLE, City Attorney

Dated: September 10, 2007

By: /s/ Robert Fabela
ROBERT FABELA
Sr. Deputy City Attorney

Attorneys for CITY OF SAN JOSE, JAMES HELMER, STEPHANIE DUELTGEN, DIANE MILOWICKI aka DIANE MILO

**PROOF OF SERVICE**

CASE NAME:    EMILY BRIGGS v CITY OF SAN JOSE, et al.

CASE NO.:    C07-04512 PVT

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On **September 10, 2007**, I caused to be served the within:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

☒    by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐    by FACSIMILE TRANSMISSION, with a copy of this declaration, to a facsimile machine at the facsimile machine telephone number listed below.

The above-described transmission was reported as complete without error by a transmission report issued by the facsimile machine immediately following the transmission.

Addressed as follows:

Mr. Sidney C. Flores
Flores & Barrios
P. O. Box 266
San Jose, California 95103

Phone Number: (408) 292-3400
Fax Number: (408) 292-3421

**Attorney for Plaintiff Emily Briggs**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **September 10, 2007**, at San Jose, California.

*Margarita Martinez*
Margarita Martinez

PROOF OF SERVICE                                                                                                               435526