```
1   RICHARD DOYLE, City Attorney (#88625)
    NORA FRIMANN, Chief Trial Attorney (93249)
2   ROBERT FABELA, Sr. Deputy City Attorney (148098)
    NKIA D. RICHARDSON, Deputy City Attorney (193209)
3   Office of the City Attorney
    200 East Santa Clara Street
4   San José, California  95113-1905
    Telephone Number: (408) 535-1900
5   Facsimile Number:  (408) 998-3131
    E-Mail Address:  cao.main@sanjoseca.gov
6

7   Attorneys for CITY OF SAN JOSE, JAMES HELMER,
    STEPHANIE DUELTGEN, DIANE MILOWICKI aka
8   DIANE MILO

9
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| EMILY BRIGGS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, JAMES HELMER, STEPHANIE DUELTGEN, DIANE MILOWICKI aka DIANE MILO, and DOES 1-20, inclusive,<br><br>    Defendants. | Case Number:  C07-04512 JW<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT |

## STIPULATION

The parties stipulate through counsel that the time to respond to Plaintiff's First Amended Complaint for Damages, and Discrimination Based on Race/Color; Discrimination Based on Disability and Age in Violation of Government Code Section 12940 et seq. and American Disabilities Act ("ADA") 45 U.S.C. 12101 et seq., currently due on September 10, 2007, is extended to September 20, 2007.

///

///

///

1

FLORES & BARRIOS

Dated: September 10, 2007

By: /s/ Sidney Flores
SIDNEY FLORES
Attorney for Plaintiff, EMILY BRIGGS

RICHARD DOYLE, City Attorney

Dated: September ___, 2007

By: _____
ROBERT FABELA
Sr. Deputy City Attorney

Attorney for Defendants CITY OF SAN JOSE, JAMES HELMER, STEPHANIE DUELTGEN, DIANE MILOWICKI aka DIANE MILO

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the time to respond to plaintiff's Plaintiff's First Amended Complaint for Damages, and Discrimination Based on Race/Color; Discrimination Based on Disability and Age in Violation of Government Code Section 12940 et seq. and American Disabilities Act ("ADA") 45 U.S.C. 12101 et seq., currently due on September 10, 2007, is extended to September 20, 2007.

Dated: September ___, 2007 _____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| | FLORES & BARRIOS |
| Dated: September ___, 2007 | By: _____<br>SIDNEY FLORES<br>Attorney for Plaintiff, EMILY BRIGGS |
| | RICHARD DOYLE, City Attorney |
| Dated: September 10, 2007 | By: *(signed)* Robt Fabela<br>ROBERT FABELA<br>Sr. Deputy City Attorney<br>Attorney for Defendants CITY OF SAN JOSE, JAMES HELMER, STEPHANIE DUELTGEN, DIANE MILOWICKI aka DIANE MILO |

# [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the time to respond to plaintiff's Plaintiff's First Amended Complaint for Damages, and Discrimination Based on Race/Color; Discrimination Based on Disability and Age in Violation of Government Code Section 12940 et seq. and American Disabilities Act ("ADA") 45 U.S.C. 12101 et seq., currently due on September 10, 2007, is extended to September 20, 2007.

Dated: September 12, 2007    *(signed)* James Ware
UNITED STATES DISTRICT JUDGE

2

# PROOF OF SERVICE

CASE NAME:   EMILY BRIGGS v CITY OF SAN JOSE, et al.

CASE NO.:    C07-04512 PVT

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On **September 10, 2007**, I caused to be served the within:

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

☒ by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ by FACSIMILE TRANSMISSION, with a copy of this declaration, to a facsimile machine at the facsimile machine telephone number listed below.

The above-described transmission was reported as complete without error by a transmission report issued by the facsimile machine immediately following the transmission.

Addressed as follows:

Mr. Sidney C. Flores
Flores & Barrios
P. O. Box 266
San Jose, California 95103

Phone Number: (408) 292-3400
Fax Number: (408) 292-3421

***Attorney for Plaintiff Emily Briggs***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **September 10, 2007**, at San Jose, California.

*Margarita Martinez*
Margarita Martinez

PROOF OF SERVICE                                                                 435526