RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
ROBERT FABELA, Sr. Deputy City Attorney (#148098)
NKIA D. RICHARDSON, Deputy City Attorney (#193209)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE, JAMES HELMER, STEPHANIE DUELTGEN, DIANE MILOWICKI aka DIANE MILO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EMILY BRIGGS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAN JOSE, JAMES HELMER, STEPHANIE DUELTGEN, DIANE MILOWICKI aka DIANE MILO, and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | Case Number: C-07-04512 JW<br><br>**DEFENDANTS NOTICE OF MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)**<br><br>Date:　December 10, 2007<br>Time:　9:00 a.m.<br>Dept:　Courtroom 8, 4th Floor<br>Judge:　Honorable James Ware |

**TO PLAINTIFF AND HER ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on December 10, 2007, at 9:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled court, located at 280 South First Street, San Jose, California, Defendant City of San Jose will move the Court to dismiss the above-captioned action pursuant to Federal Rule of Civil Procedure 12(b)(6) because the named City of San Jose employees cannot be held individually liable for discrimination and Plaintiff's First Amended Complaint fails to state facts sufficient to support claims for age discrimination.

///

This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith and the pleadings and papers filed herein.

Respectfully submitted,

Dated: September 20, 2007

RICHARD DOYLE, City Attorney

By: */s/ Robert Fabela*
ROBERT FABELA
Sr. Deputy City Attorney

Attorneys for CITY OF SAN JOSE, JAMES HELMER, STEPHANIE DUELTGEN, DIANE MILOWICKI aka DIANE MILO