RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
ROBERT FABELA, Sr. Deputy City Attorney (#148098)
NKIA D. RICHARDSON, Deputy City Attorney (#193209)
Office of the City Attorney
200 East Santa Clara Street
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE, JAMES HELMER,
STEPHANIE DUELTGEN, DIANE MILOWICKI aka
DIANE MILO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILY BRIGGS,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF SAN JOSE, JAMES HELMER, STEPHANIE DUELTGEN, DIANE MILOWICKI aka DIANE MILO, and DOES 1-20, inclusive,<br><br>  Defendants. | Case Number:  C07-04512 JW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>Date:      December 10, 2007<br>Time:      9:00 a.m.<br>Dept:      Courtroom 8, 4th Floor<br>Judge:     Honorable James Ware |

   Defendants' Motion to Dismiss came on regularly for hearing on December 10, 2007, at 9:00 a.m. in Courtroom 8 of the above-entitled court located at 280 South First Street, San Jose, California.

   Senior Deputy City Attorney Robert Fabela appeared as counsel for Defendants. Sidney C. Flores appeared on behalf of Plaintiff Emily Briggs. The matter having been argued and submitted, and good cause appearing therefore,

///

///

///

1

1    **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss is sustained without

2  leave to amend for the reasons specified in the Memorandum of Points and Authorities in

3  Support of Defendants' Motion to Dismiss.

4

5  Dated: _____                    _____

6                                              HON. JAMES WARE
                                               U.S. District Court for the
7                                              Northern District of California
                                               San Jose Division
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS                    C07-04512 JW
                                                                          437569