1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (93249)
2  ROBERT FABELA, Sr. Deputy City Attorney (148098)
   NKIA D. RICHARDSON, Deputy City Attorney (193209)
3  Office of the City Attorney
   200 East Santa Clara Street
4  San José, California  95113-1905
   Telephone Number: (408) 535-1900
5  Facsimile Number:  (408) 998-3131
   E-Mail Address:  cao.main@sanjoseca.gov
6

7  Attorneys for CITY OF SAN JOSE, JAMES HELMER,
   STEPHANIE DUELTGEN, DIANE MILOWICKI aka
8  DIANE MILO

9

10                  UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13 | EMILY BRIGGS,                         | Case Number:  C07-04512 PVT
14 |          Plaintiff,                   | **PROOF OF SERVICE**
15 |     v.                                |
16 | CITY OF SAN JOSE, JAMES HELMER,       |
   | STEPHANIE DUELTGEN, DIANE             |
17 | MILOWICKI aka DIANE MILO, and DOES    |
   | 1-20, inclusive,                      |
18 |                                       |
   |          Defendants.                  |
19

20

21     I, the undersigned declare as follows:

22     I am a citizen of the United States, over 18 years of age, employed in Santa Clara

23 County, and not a party to the within action.  My business address is 200 East Santa Clara

24 Street, San Jose, California  95113-1905, and is located in the county where the service

25 described below occurred.

26     On **September 20, 2007**, I caused to be served the within:

27  1.     **DEFENDANTS NOTICE OF MOTION TO DISMISS PURSUANT TO FRCP
28         12(b)(6);**

                                          1
PROOF OF SERVICE                                                                    434567

2. **DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT; and**

3. **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS.**

☒ by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

Addressed as follows:

Mr. Sidney C. Flores
Flores & Barrios
97 E. St. James Street, #102
San Jose, California 95112

Phone Number: (408) 292-3400
Fax Number: (408) 292-3421

**Attorney for Plaintiff Emily Briggs**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **September 20, 2007**, at San Jose, California.

*Margarita Martinez*
Margarita Martinez