1  Sidney C. Flores, SBN 64082
   Flores & Barrios
2  97 E. St. James Street, Ste 102
   San Jose CA 95112
3
   Mailing Address:
4  P.O. Box 266
   San Jose CA 95103-0266
5  Telephone : (408) 292-3400
6  Attorney for EMILY BRIGGS
7
8
                    IN THE UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11
12  EMILY BRIGGS,                    CIVIL ACTION NO .: C-07-04512 JW

13                  Plaintiff,       STIPULATION TO EXTEND TIME

14  vs.                             Date:   December 10, 2007
                                    Time:   9:00 a.m.
    CITY OF SAN JOSE                Dept:   Courtroom 8, 4th Floor
15                                  Judge:  Honorable James Ware
16                  Defendant.
                                    /
17
18        IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their

19  respective Counsel to extend the time in which to permit the Plaintiff to Respond to the Motion

20  to Dismiss (12 (b) 6 that is now extended to November 29, 2007 and Defendant shall have TEN

21  (10) days in which to Reply.

22
    Dated: __/S/_____      Date: _____/S/_____
23            Deputy City Attorney                    SIDNEY C. FLORES
24
    IT IS SO ORDERED.
25
26  Date: _____
              JUDGE JAMES WARE
27
28

**Emily Briggs v. City of San Jose**                    **Case No. C-07-04512 JW**