1   Sidney C. Flores, SBN 64082
    Flores & Barrios
2   97 E. St. James Street, Ste 102
    San Jose CA 95112
3
    Mailing Address:
4   P.O. Box 266
    San Jose CA 95103-0266
5   Telephone : (408) 292-3400
6   Attorney for EMILY BRIGGS
7
8
9                    IN THE UNITED STATES DISTRICT COURT
10            FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                          SAN JOSE DIVISION
12   EMILY BRIGGS,                      CIVIL ACTION NO .: C-07-04512 JW
13                   Plaintiff,         STIPULATION TO EXTEND TIME
14   vs.                                Date:   December 10, 2007
                                        Time:   9:00 a.m.
15   CITY OF SAN JOSE                   Dept:   Courtroom 8, 4th Floor
                                        Judge:  Honorable James Ware
16                   Defendant.
    _____/
17
18          The Court DENIES the parties' Stipulation because Plaintiff has failed to demonstrate
19   good cause for an extension for filing its opposition.  Defendant filed its Motion to Dismiss on
20   September 20, 2007; Plaintiff has had over two months to respond to the motion.  In addition,
21   Plaintiff waited until 6 PM of the eve before the Opposition is due to request an extension.
22          However, the Court grants Plaintiff an additional day to file its opposition.  Plaintiff
23
24   shall file its Opposition by **November 21, 2007 by NOON.**
25
26   Dated:  November 19, 2007          _____
27                                      JAMES WARE
                                        United States District Court
28

**Emily Briggs v. City of San Jose**                    **Case No. C-07-04512 JW**

DENIED
Judge James Ware