Sidney C. Flores. SBN 64082
Flores & Barrios
97 E. St. James Street, Ste 102
San Jose CA 95112

Mailing Address:
P.O. Box 266
San Jose CA 95103-0266
Telephone : (408) 292-3400

Attorney for Plaintiff, EMILY BRIGGS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILY BRIGGS, | CASE NO .: C-07-04512 JW |
| Plaintiff, | PLAINTIFF'S REPLY TO DEFENDANT'S MOTION TO DISMISS (FRCP 12 (b) 6 |
| vs. | |
| CITY OF SAN JOSE, JAMES HELMER, STEPHANIE DUELTGEN, DIANE MILOWICKI aka DIANE MILO, and DOES 1-20, inclusive, | Date: December 10, 2007 Time: 9:00 a.m. Dept. Courtroom 8, 4th Floor Judge: Honorable James Ware |
| Defendant. | |

## NON OPPOSITION TO DISMISSAL OF THE

## INDIVIDUALLY NAMED PARTIES

Plaintiff does not object to the dismissal of the individual employees named as

defendants in this matter.

## PLAINTIFF SEEKS LEAVE OF COURT TO AMEND THE FIRST

## AMENDED COMPLAINT RE: AGE DISCRIMINATION

The Plaintiff is at all times relevant to his case over the age of Forty (40), one of the

requisites that is required to establish a case of age discrimination, we seek leave to amend the

---

Plaintiff's Reply to Motion to Dismiss FRCP 12(b)(6)    Case No. C-07-04512 JW

complaint to so allege.

Plaintiff seeks to further amend her complaint to allege that she was the subject of instances of adverse employment action. She further requests that the Court allow her to set forth that at the time of her relevant employment she was satisfactorily performing her duties, as a handi-capped individual.

Plaintiff further request the Court to allow her to allege that the City of San Jose did not treat her age neutrally, given their recommendation for her to take early retirement and/or disability retirement. She further requests leave of Court to amend her complaint to allege that Plaintiff was replaced with another person that was significantly younger than her.

It should be noted that the Federal Courts have been liberal in allowing for parties to amend their pleadings in order to permit a party their day in Court. "A complaint should not be dismissed unless it appears beyond doubt that plaintiff can prove no set of facts in support of his claim which would entitle him to relief." *RODRIGUEZ, vs. PANAYIOTOU 314 F.3d 979 (2002)* In this case, the Plaintiff requests the Court's discretion to set forth with particularity the instances and facts that give rise to a determination to be made by the trier of fact, relating to age discrimination claimed by Plaintiff.

CONCLUSION

Plaintiff does not oppose the motion to dismiss the individually named defendants, without prejudice. The Plaintiff request this Court to permit the Plaintiff to amend their complaint within Fifteen (15) days from the date of this Court's Order.


Dated: November 21, 2007                    RESPECTFULLY SUBMITTED



                                            SIDNEY C. FLORES
                                            ATTORNEY FOR PLAINTIFF