1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  ROBERT FABELA, Sr. Deputy City Attorney (#148098)
   NKIA D. RICHARDSON, Deputy City Attorney (#193209)
3  Office of the City Attorney
   200 East Santa Clara Street
4  San José, California  95113-1905
   Telephone Number: (408) 535-1900
5  Facsimile Number:  (408) 998-3131
   E-Mail Address:  cao.main@sanjoseca.gov
6
   Attorneys for Defendants, CITY OF SAN JOSE,
7  JAMES HELMER, STEPHANIE DUELTGEN, DIANE
   MILOWICKI aka DIANE MILO
8
   SIDNEY C. FLORES, (#64082)
9  Flores & Barrios
   97 East St. James Street
10 San Jose, California  95112
   Telephone Number:  (408) 292-3400
11 Facsimile Number:  (408) 292-3421

12 Attorney for Plaintiff, EMILY BRIGGS

13

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16
                    SAN JOSE DIVISION
17

| | |
|---|---|
| EMILY BRIGGS, | Case Number:  C07-04512 JW |
| Plaintiff, | **JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER** |
| v. | |
| CITY OF SAN JOSE, JAMES HELMER, STEPHANIE DUELTGEN, DIANE MILOWICKI aka DIANE MILO, and DOES 1-20, inclusive, | Date:          December 10, 2007<br>Time:          10:00 a.m.<br>Courtroom:   8<br>Judge:         Hon. James Ware |
| Defendant. | |

   The parties to the above-entitled action jointly submit this Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

-1-

///

## DESCRIPTION OF THE CASE

**1.    A brief description of the events underlying the action:**

Plaintiff, EMILY BRIGGS, ("Plaintiff") is a former employee with the City of San Jose who alleges that the City of San Jose and its employees unlawfully subjected Plaintiff to age and disability discrimination.   Defendants disagree with these allegations.

Specifically, Plaintiff alleges that Defendants unlawfully terminated Plaintiff when Plaintiff attempted to return to work after an absence due to medical reasons. Furthermore, Plaintiff alleges that she was subjected to conduct and comments on the basis of age which created a hostile working environment.

Defendants deny that the circumstances surrounding Plaintiff's separation from City service violated state or federal statutes prohibiting disability discrimination.  Moreover, Defendants deny that any of its acts or comments created a hostile working environment for Plaintiff on the basis of age or any other protected trait.

**2.    The principal factual issues which the parties dispute:**

   A.    The timing and nature of Plaintiff's discrimination claims.

   B.    The nature and extent of Plaintiff's claimed damages.

**3.    The principal legal issues which the parties dispute:**

   A.    Whether any Individual Defendant has absolute or qualified immunity.

   B.    Whether the City of San Jose discriminated against Plaintiff on the basis of age or her claimed disability.

**4.    The other factual issues which remain unresolved for the reason stated below and how the parties propose to resolve those issues:**

None.

**5.    The parties which have not been served and the reason**:

None.

**6.    The additional parties which the below-specified parties intend to join and the intended time for such joinder:**

None.

**7.    The following parties consent to assignment of this case to a United States Magistrate Judge for trial:**

Defendants do not consent to assignment of this case to a United States Magistrate Judge and have filed a Declination to Proceed before a Magistrate Judge.

## ALTERNATIVE DISPUTE RESOLUTION

**8.    The parties have not yet filed a Stipulation and Proposed Order selecting an ADR process but their preferences are as follows:**

Defendants prefer Early Neutral Evaluation.

**9.    Please indicate any other information regarding ADR process or deadline:**

None.

## DISCLOSURES

**10.**   The parties have agreed to a mutual exchange of initial disclosure materials on or before December 14, 2007.

## DISCOVERY

**11**.   **The parties agree to the following discovery plan:**

   A.   Depositions (excluding experts):
        Ten (10) per side, unless the parties otherwise agree.

   B.   Interrogatories:
        Thirty-five (35) per side, unless the parties otherwise agree or obtain leave of court.

   C.   Document Production Requests:
        Twenty (20) per side.

   D.   Requests for Admissions:
        Twenty (20) per side.

   E.   Defendants otherwise agree to the discovery limitations contained in the Local Rules.

## TRIAL SCHEDULE

-3-

**12.    The Parties request a trial date as follows:**
November 2008.

**13.    The Parties expect that the trial will last for the following number of days:**
Five (5) days.

**14.    The parties request a jury trial.**

                                              Respectfully submitted,

                                              RICHARD DOYLE, City Attorney

Dated: _____        By: _____
                                                 NKIA D. RICHARDSON
                                                 Deputy City Attorney

Attorneys for Defendants, CITY OF JOSE, JAMES HELMER, STEPHANIE DUELTGEN and DIANE MILOWICKI aka DIANE MILO

                                              Respectfully submitted,

Dated: _____        _____
                                                 SIDNEY C. FLORES
                                                 Attorney

Attorneys for Plaintiff, EMILY BRIGGS

## CASE MANAGEMENT [PROPOSED] ORDER

The Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.

Dated: _____        _____
                                              HONORABLE JAMES WARE
                                              United States District Court Judge