United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Emily Briggs, | NO. C 07-04512 JW |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| City of San Jose, et al., | |
| Defendants. | |

Emily Briggs ("Plaintiff") brings this action against the City of San Jose, James Helmer, Stephanie Dueltgen, and Diane Milowicki for discrimination in violation of the Americans with Disabilities Act ("ADA"), the Age Discrimintation in Employment Act ("ADEA"), and state anti-discrimination laws. (First Amended Complaint, Docket Item No. 1.) The First Amended Complaint alleges four causes of action against all Defendants: 1) violation of the California Persons with Disabilities Civil Rights Act, 2) violation of the ADA, 3) violation of the ADEA, and 4) age discrimination in violation of California Government Code §§ 12940 *et seq.* (Id.) Presently before the Court is Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.[1]

Defendants move to dismiss the Individual Defendants on the ground that the ADA, the ADEA and the state anti-discrimination statutes under which Plaintiff brings her claim do not support a cause of action against individual employees. (Motion at 2.) Plaintiff does not oppose the

---

[1] (Defendants' Memorandum of Points and Authorities in Support of Motion to Dismiss Plaintiff's First Amended Complaint, hereafter, "Motion," Docket Item No. 12.)

dismissal of the Individual Defendants. (Plaintiff's Reply to Defendants' Motion to Dismiss at 1, hereafter, "Opposition," Filed Nov. 21, 2007.)

Defendant further moves to dismiss Plaintiff's ADEA and state age discrimination claims on the ground that Plaintiff has failed to allege her age or the age of any other relevant parties. (Motion at 5.) Plaintiff seeks leave to amend her Complaint to include these allegations. (Opposition at 1-2.)

Accordingly, the Court orders as follows:

1) The Court DISMISSES James Helmer, Stephanie Dueltgen, and Diane Milowicki with prejudice.

2) The Court DISMISSES Plaintiff's Third and Fourth Causes of Action with leave to amend. Plaintiff shall file her Amended Complaint no later than fifteen (15) days from the date of this Order.

In light of this Order, the Court VACATES the hearing currently set on December 10, 2007. In addition, the Court continues the Case Management Conference currently set on December 10, 2007 to **January 14, 2008 at 10 A.M.** to provide Plaintiff sufficient time to amend her Complaint and for the parties to meet and confer. Pursuant to the Civil Local Rules of Court, the parties shall file a Joint Case Management Statement by **January 4, 2008.**

Dated: December 6, 2007

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Robert R. Fabela CAO.Main@sanjoseca.gov
Sidney Carl Flores floreslawfirm@yahoo.com

**Dated: December 6, 2007**                    **Richard W. Wieking, Clerk**

                                                **By:   /s/ JW Chambers
                                                       Elizabeth Garcia
                                                       Courtroom Deputy**

**United States District Court**
For the Northern District of California