**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                   SAN JOSE DIVISION

10   Emily Briggs,                                     NO. C 07-04512 JW

11              Plaintiff,                    **INTERLOCUTORY JUDGMENT**

        v.
12
     City of San Jose, et al.,
13
              Defendants.
14   _____/

15       Pursuant to the Court's December 6, 2007 Order Granting Defendants' Motion to Dismiss, in

16   which the Court dismissed all claims against the Individual Defendants in this action, judgment is

17   entered in favor of Defendants James Helmer, Stephanie Dueltgen, and Diane Milowicki and against

18   Plaintiff Emily Briggs.

19

20   Dated:  December 6, 2007                    _____
                                                 JAMES WARE
21                                               United States District Judge

22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Robert R. Fabela CAO.Main@sanjoseca.gov
     Sidney Carl Flores floreslawfirm@yahoo.com
3

4
     **Dated:  December 6, 2007**                              **Richard W. Wieking, Clerk**
5

6                                                              **By:      /s/ JW Chambers**
                                                                   **Elizabeth Garcia**
7                                                                  **Courtroom Deputy**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28