SIDNEY C. FLORES, SBN 64082
FLORES & BARRIOS
97 E. St. James Street, Suite 102
San Jose, California 95112
Mailing Address:
P.O. Box 266
San Jose, California 95103-0266
Telephone : (408) 292-3400

Attorney for Defendant, Javier Garcia

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

EMILY BRIGGS,
        Plaintiff,

vs.

CITY OF SAN JOSE

        Defendants.

Case Number : C-07-04512 JW

CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Santa Clara County, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 97 E. St. James Street, Suite 102, San Jose, CA 95112. On this date I served

**SECOND AMENDED COMPLAINT FOR DAMAGES**

**XXXX** by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States Post Office mail box at San Jose, California, addressed as set forth below. I am readily familiar with my firms' practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after the date of deposit for mailing an affidavit.

ROBERT FABELA
SR. DEPUTY CITY ATTORNEY
OFFICE OF THE CITY ATTORNEY
200 EAST SANTA CLARA STREET
SAN JOSE, CA 95113-1905

___ by personally delivering a true copy thereof to the person and at the address set forth below.

___ by FAX (Telecopier) as follows: I personally sent to the addressee's Telecopier number a true copy of the above described document(s). I verified transmission and called the addressee and verified receipt. Thereafter, I placed a true copy in a sealed envelope addressed and mailed as indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed December 21, 2007 at San Jose, California.

*Melissa Cordova*