RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
ROBERT FABELA, Sr. Deputy City Attorney (#148098)
NKIA D. RICHARDSON, Deputy City Attorney (#193209)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendant, CITY OF SAN JOSE

SIDNEY C. FLORES, (#64082)
Flores & Barrios
97 East St. James Street
San Jose, California 95112
Telephone Number: (408) 292-3400
Facsimile Number: (408) 292-3421

Attorney for Plaintiff, EMILY BRIGGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILY BRIGGS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE<br><br>    Defendant. | Case Number: C07-04512 JW<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>Date:         January 14, 2008<br>Time:         10:00 a.m.<br>Courtroom:  8<br>Judge:        Hon. James Ware |

The parties to the above-entitled action jointly submit this Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

///

## DESCRIPTION OF THE CASE

**1. A brief description of the events underlying the action:**

Plaintiff, EMILY BRIGGS, ("Plaintiff") is a former employee with the City of San Jose who alleges that the City of San Jose unlawfully subjected Plaintiff to age and disability discrimination. Defendant disagrees with these allegations.

Specifically, Plaintiff alleges that Defendant unlawfully terminated Plaintiff when Plaintiff attempted to return to work after an absence due to medical reasons. Furthermore, Plaintiff alleges that she was subjected to conduct and comments on the basis of age which created a hostile working environment.

Defendant denies that the circumstances surrounding Plaintiff's separation from City service violated state or federal statutes prohibiting disability discrimination. Moreover, Defendant denies that any of its acts or comments created a hostile working environment for Plaintiff on the basis of age or any other protected trait.

**2. The principal factual issues which the parties dispute:**

    A. The timing and nature of Plaintiff's discrimination claims.

    B. The nature and extent of Plaintiff's claimed damages.

**3. The principal legal issues which the parties dispute:**

    A. Whether the City of San Jose discriminated against Plaintiff on the basis of age or her claimed disability.

**4. The other factual issues which remain unresolved for the reason stated below and how the parties propose to resolve those issues:**

None.

**5. The parties which have not been served and the reason:**

None.

**6. The additional parties which the below-specified parties intend to join and the intended time for such joinder:**

None.

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER
455961

C07-04512 JW

**7.    The following parties consent to assignment of this case to a United States Magistrate Judge for trial:**

Defendant does not consent to assignment of this case to a United States Magistrate Judge and have filed a Declination to Proceed before a Magistrate Judge.

## ALTERNATIVE DISPUTE RESOLUTION

**8.    The parties have not yet filed a Stipulation and Proposed Order selecting an ADR process but their preferences are as follows:**

Both parties prefer Early Neutral Evaluation.

**9.    Please indicate any other information regarding ADR process or deadline:**

None.

## DISCLOSURES

**10.**   Defendant will submit its initial disclosures on or before January 11, 2008.  Plaintiff has represented that she will submit her initial disclosures on or before January 18, 2008.

## DISCOVERY

**11**.   **The parties agree to the following discovery plan:**

A.   Depositions (excluding experts):
Ten (10) per side, unless the parties otherwise agree.

B.   Interrogatories:
Thirty-five (35) per side, unless the parties otherwise agree or obtain leave of court.

C.   Document Production Requests:
Twenty (20) per side.

D.   Requests for Admissions:
Twenty (20) per side.

E.   Defendant otherwise agrees to the discovery limitations contained in the Local Rules.

## TRIAL SCHEDULE

**12.   The Parties request a trial date as follows:**
November 2008.

**13.   The Parties expect that the trial will last for the following number of days:**

Five (5) days.

**14.    The parties request a jury trial.**

Respectfully submitted,

RICHARD DOYLE, City Attorney

Dated: _____        By: _____/S/_____
                                            NKIA D. RICHARDSON
                                            Deputy City Attorney

Attorneys for Defendant CITY OF SAN JOSE

Respectfully submitted,

Dated: _____        _____/S/_____
                                            SIDNEY C. FLORES
                                            Attorney

Attorneys for Plaintiff, EMILY BRIGGS

## CASE MANAGEMENT [PROPOSED] ORDER

The Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.

Dated: _____        _____
                                    HONORABLE JAMES WARE
                                    United States District Court Judge