1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  ROBERT FABELA, Sr. Deputy City Attorney (#148098)
   NKIA D. RICHARDSON, Deputy City Attorney (#193209)
3  Office of the City Attorney
   200 East Santa Clara Street
4  San José, California 95113-1905
   Telephone Number: (408) 535-1900
5  Facsimile Number: (408) 998-3131
   E-Mail Address: cao.main@sanjoseca.gov

6

7  Attorneys for CITY OF SAN JOSE

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

13 EMILY BRIGGS,                        Case Number: C07-04512 JW

14           Plaintiff,                 **STIPULATION AND [PROPOSED]
                                        ORDER SELECTING ADR PROCESS**
15      v.

16 CITY OF SAN JOSE,

17           Defendant.

18

19     Counsel report that they have met and conferred regarding ADR and have reached

20 the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

21     The parties agree to participate in the following ADR process:

22     **Court Processes:**

23     ☐ Arbitration        ☒ ENE        ☐ Mediation

24     The parties agree to hold the ADR session by:

25 ☒   the presumptive deadline *(the deadline is 90 days from the date of the order

26     referring the case to an ADR process unless otherwise ordered.)*

27 ☐   other requested deadline _____.

28

                                     1
STIPULATION AND [PROPOSED]ORDER SELECTING ADR PROCESS            C07-04512 JW
                                                                 460604

Dated: February 1, 2008

By:_____/S/_____
    SIDNEY C. FLORES, ESQ.

Attorney for Plaintiff

Dated: February 4, 2008

RICHARD DOYLE, City Attorney

By:_____/S/_____
    ROBERT FABELA
    Sr. Deputy City Attorney

Attorneys for CITY OF SAN JOSE

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☒ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session:

- ☒ 90 days from the date of this order.
- ☐ other.

IT IS SO ORDERED.

Dated: _____       _____
    HONORABLE JAMES WARE
    United States District Court Judge