1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  ROBERT FABELA, Sr. Deputy City Attorney (#148098)
   NKIA D. RICHARDSON, Deputy City Attorney (#193209)
3  Office of the City Attorney
   200 East Santa Clara Street
4  San José, California  95113-1905
   Telephone Number: (408) 535-1900
5  Facsimile Number:  (408) 998-3131
   E-Mail Address:  cao.main@sanjoseca.gov
6

7  Attorneys for CITY OF SAN JOSE

8

9           UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11                SAN JOSE DIVISION

12

13  EMILY BRIGGS,                    Case Number:  C07-04512 JW

14         Plaintiff,                **STIPULATION AND [PROPOSED]**
                                     **ORDER SELECTING ADR PROCESS**
15         v.

16  CITY OF SAN JOSE,

17         Defendant.

18

19         Counsel report that they have met and conferred regarding ADR and have reached

20  the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

21         The parties agree to participate in the following ADR process:

22         **Court Processes:**

23         ☐ Arbitration         ☒ ENE           ☐ Mediation

24         The parties agree to hold the ADR session by:

25  ☒    the presumptive deadline *(the deadline is 90 days from the date of the order*

26       *referring the case to an ADR process unless otherwise ordered.)*

27  ☐    other requested deadline _____.

28

---

1

STIPULATION AND [PROPOSED]ORDER SELECTING ADR PROCESS                C07-04512 JW
                                                                      460604

Dated: February 1, 2008                By: /S/
                                       SIDNEY C. FLORES, ESQ.
                                       Attorney for Plaintiff

Dated: February 4, 2008                RICHARD DOYLE, City Attorney

                                       By: /S/
                                       ROBERT FABELA
                                       Sr. Deputy City Attorney

                                       Attorneys for CITY OF SAN JOSE

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☒ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session:

- ☒ 90 days from the date of this order.
- ☐ other.

IT IS SO ORDERED.

Dated: February 7, 2008                *James Ware*
                                       HONORABLE JAMES WARE
                                       United States District Court Judge