SIDNEY C. FLORES, ESQ. (SBN 64082 )
FLORES & BARRIOS
97 E. St. James Street, Ste 102
San Jose CA 95112

Mailing Address:
P.O. Box 266
San Jose CA 95103-0266
Telephone : (408) 292-3400

Attorney for Plaintiff, EMILY BRIGGS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILY BRIGGS, | CIVIL ACTION NO .: C-07-04512 JW |
| Plaintiff, | STIPULATED REQUEST FOR ORDER CHANGING TIME |
| vs. | [CIV. L. R. 6-2, 7-12] |
| CITY OF SAN JOSE | |
| Defendant. _____/ | |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their

respective Counsel, to request a Court Order Changing Time pursuant to Civil Local Rule 7-12.

Specifically, the parties hereby request that the Court extend the Scheduling Order fixed by the

Court on January 10, 2008, as follows:

[   ] Early Neutral Evaluation Conference:          08/01/08

[   ] Last Date for Expert Disclosure:              09/26/08

[   ] Last Date for Rebuttal Expert Disclosure:     10/14/08

[   ] Pre Trial Conference:                         10/30/08

[   ] Discovery Cut Off:                            11/30/08

1    [  ] Dispositive Motions to be heard no later than:        01/09/09

2

3

4    Date: June 3, 2008.                                    _____/s/_____
                                                           NKIA D. RICHARDSON

5

6    Date: June 3, 2008.                                    _____/s/_____
                                                           SIDNEY C. FLORES

7

8    PURSUANT TO STIPULATION, AND UPON GOOD CAUSE SHOWN, IT IS SO
9    ORDERED.

10

11   Date:                                                 _____
                                                           JUDGE JAMES WARE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28