1  SIDNEY C. FLORES, ESQ. (SBN 64082 )
   FLORES & BARRIOS
2  97 E. St. James Street, Ste 102
   San Jose CA 95112
3
   Mailing Address:
4  P.O. Box 266
   San Jose CA 95103-0266
5  Telephone : (408) 292-3400

6  Attorney for Plaintiff, EMILY BRIGGS

**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILY BRIGGS, | CIVIL ACTION NO .: C-07-04512 JW |
| Plaintiff, | STIPULATED REQUEST FOR ORDER CHANGING TIME |
| vs. | [CIV. L. R. 6-2, 7-12] |
| CITY OF SAN JOSE | |
| Defendant. | |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their respective Counsel, to request a Court Order Changing Time pursuant to Civil Local Rule 7-12. Specifically, the parties hereby request that the Court extend the Scheduling Order fixed by the Court on January 10, 2008, as follows:

| | | |
|---|---|---|
| [ ] | Early Neutral Evaluation Conference: | 08/01/08 |
| [ ] | Last Date for Expert Disclosure: | 09/26/08 |
| [ ] | Last Date for Rebuttal Expert Disclosure: | 10/14/08 |
| [ ] | Pre Trial Conference: | **10/27/08 at 11 a.m.** |
| [ ] | Preliminary Pretrial Conference Statement Due: | **10/17/08** |

|  |  |
|---|---|
| [ ] Close of All Discovery: | 11/30/08 |
| [ ] Dispositive Motions to be heard no later than: | **01/26/09 at 9 a.m.** |

Date: June 3, 2008.                                   /s/
                                               NKIA D. RICHARDSON

Date: June 3, 2008.                                   /s/
                                               SIDNEY C. FLORES

PURSUANT TO STIPULATION, AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED **AS MODIFIED.**

Date:   June 23, 2008                          _James Ware_
                                               JUDGE JAMES WARE