# UNITED STATES DISTRICT COURT

## Northern District of California

Briggs,

        Plaintiff(s),

  v.

City Of San Jose,

        Defendant(s).

No. C 07-04512 JW ENE

**Certification of ADR Session**

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) _7/24/08_ [handwritten: "did not hold"]

2. Did the case settle?  ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☐ YES   ☒ NO

Dated: _7-24-08_

[signature]

Evaluator, Stephen D. Pahl
Pahl & McCay
225 West Santa Clara, Suite 1500
San Jose, CA 95113

**Certification of ADR Session**
07-04512 JW ENE