RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
ROBERT FABELA, Sr. Deputy City Attorney (#148098)
NKIA D. RICHARDSON, Deputy City Attorney (#193209)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

**IT IS SO ORDERED**
*Judge James Ware*
7/24/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| EMILY BRIGGS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE,<br><br>　　　　Defendant. | Case Number: C07-04512 JW<br><br>**STIPULATION AND ORDER TO ALTER PRE-TRIAL DISCOVERY DEADLINES** |
|---|---|

　　　　The parties recently appeared before this Court for a preliminary pretrial conference. At that time, the Court agreed to grant Plaintiff's request for a later trial date and moved the trial in this matter to December 1, 2009. At the time of the pre-trial conference, Plaintiff represented to the Court that it was necessary to change the trial date in order to allow the parties to complete discovery in light of the multiple delays experienced in this case. In light of the above-referenced delays, Defendant City of San Jose did not object to continuing the trial date.

　　　　The parties now wish to alter the pre-trial discovery dates once more in order to coordinate them with the new trial date. Additionally, since the pre-trial conference date, dates scheduled for the ongoing deposition of Plaintiff have been rescheduled to

accommodate Plaintiff's claimed medical status. Therefore, the parties, by and through their counsel, hereby stipulate to the following:

The current date set for discovery cut-off is May 29, 2009.[1] The parties simply request that this date be vacated and request a new discovery cut-off date of August 29, 2009.

Please note that nothing in this stipulation changes any of the other dates previously set by the court. The unchanged dates are as follows:

| | |
|---|---|
| Last date to file and lodge Joint Pre-Trial Statement, Motions in Limine and Proposed Jury Instructions: | October 16, 2009 |
| Final Pre-Trial Conference | November 16, 2009 at 11:00 a.m |
| Jury Selection | December 1, 2009 |
| Trial: | December 2-4 and 8-11, 2009 at 1 pm |

DATED: May 22, 2009

RICHARD DOYLE, City Attorney

By _____
ROBERT FABELA
Senior Deputy City Attorney

Attorneys for Defendant

DATED: May 22, 2009

_____
SIDNEY C. FLORES, ESQ
Attorney for Plaintiff

## ORDER

GOOD CAUSE APPEARING, it is so ordered.

Dated: July 24, 2009

_____
United States District Judge

---

[1] The parties have already exchanged expert information.

STIPULATION AND ORDER TO ALTER PRE-TRIAL DISCOVERY DEADLINES

C07-04512 JW
559004