1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (93249)
2  ROBERT FABELA, Sr. Deputy City Attorney (148098)
   NKIA D. RICHARDSON, Deputy City Attorney (193209)
3  Office of the City Attorney
   200 East Santa Clara Street
4  San José, California 95113-1905
   Telephone Number: (408) 535-1900
5  Facsimile Number: (408) 998-3131
   E-Mail Address: cao.main@sanjoseca.gov
6
7  Attorneys for CITY OF SAN JOSE



IT IS SO ORDERED AS MODIFIED
*James Ware*
Judge James Ware

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                   SAN JOSE DIVISION

11  EMILY BRIGGS,                    Case Number: C07-04512 JW
12           Plaintiff,              STIPULATION AND ORDER TO
                                     VACATE TRIAL DATE
13       v.
14  CITY OF SAN JOSE,
15           Defendant.
16

17      With the assistance of Magistrate Trumbull, the parties to the above-entitled matter,
18  Emily Briggs ("Plaintiff") and Defendant City of San Jose, by and through the undersigned
19  counsel of record have undertaken efforts to resolve the above-captioned matter. Those
20  efforts include upcoming medical and psychological evaluations of Plaintiff and Plaintiff's
21  efforts to resolve her workers compensation claim and retirement application. Based on
22  the above, the parties, by and through their counsel of record, hereby stipulate that the
23  December 1, 2009 trial date in the above-entitled matter be vacated.
24      The parties have scheduled a further settlement conference with Magistrate
25  Trumbull in this matter for December 9 and a status conference before this Court on
26  December 14, 2009. At the December 14, 2009 status conference, the parties hereby
27  agree to establish a new trial date if the matter remains unresolved.
28

The parties further stipulate that the dates selected on December 14, 2009 shall include a new deadline for hearing on dispositive motions.

IT IS SO STIPULATED.

DATED: 10/13/2009

SIDNEY C. FLORES, ESQ
Attorney for Plaintiff

RICHARD DOYLE, City Attorney

DATED: 10/13/2009           By

NKIA D. RICHARDSON
Deputy City Attorney
Attorneys for Defendant

### ORDER

The Court finds good cause to GRANT the parties' Stipulation to VACATE all pretrial and trial dates at this time to facilitate the parties' settlement efforts. The Court sets **December 14, 2009 at 10 a.m.** as a Status Conference date with the parties. On or before **December 10, 2009,** the parties shall file a Joint Status Conference Statement to update the Court on their settlement efforts. If there is no settlement, the parties shall propose a trial schedule in their Joint Statement.

Dated: October 27, 2009

JAMES WARE
United States District Judge

2
STIPULATION AND ORDER TO VACATE TRIAL DATE                    C07-04512JW
                                                              589943