IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Emily Briggs, | No. C 07-04512 JW |
|     Plaintiff, | **ORDER CONTINUING STATUS CONFERENCE RE: SETTLEMENT** |
|   v. | |
| City of San Jose, | |
|     Defendant. | |

On October 27, 2009, the Court issued an order vacating all pretrial and trial deadlines in light of the parties' representation that they were working toward a settlement. The Court set a Status Conference re: Settlement for December 14, 2009. (Docket Item No. 47.) On September 9, 2009, Magistrate Judge Trumbull's issued a minute order indicating that a settlement conference, which was scheduled for that day, was not held but rather continued to January 15, 2010. (Docket Item No. 48.)

In light of Judge Trumbull's continuance, the Court finds good cause to continue the December 14 Conference to **January 25, 2010 at 10 a.m.** On or before **January 18, 2010**, the parties shall file a Joint Statement updating the Court on the status of the parties' settlement efforts.

Dated: December 10, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Nkia Desiree Richardson cao.main@sanjoseca.gov
Robert R. Fabela CAO.Main@sanjoseca.gov
Sidney Carl Flores floreslawfirm@yahoo.com

**Dated:  December 10, 2009**                                        **Richard W. Wieking, Clerk**

                                                                                **By:   /s/ JW Chambers            **
                                                                                         **Elizabeth Garcia**
                                                                                         **Courtroom Deputy**

2