United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Emily Briggs,

Plaintiff,

v.

City of San Jose,

Defendant.

______________________________________/

NO. C 07-04512 JW

**ORDER SETTING CASE SCHEDULE**

This case is set for a Status Conference re: Settlement on February 22, 2010. Upon review of the parties' Joint Status Conference Statement (Docket Item No. 55), the Court finds that the case should be set on a parallel track with any settlement efforts by the parties. The Court finds that in light of the age of the case, no further delay is warranted. Accordingly, the Court ORDERS as follows:

(1) The Status Conference re: Settlement on February 22, 2010 is VACATED.

(2) Last date for completion of expert discovery is **April 16, 2010.**

(3) Last date for hearing dispositive motion is **June 14, 2010 at 9 a.m.**

(4) The parties shall appear for a Preliminary Pretrial Conference on **May 10, 2010 at 11 a.m.** On or before **April 30, 2010**, the parties shall file a Joint Preliminary Pretrial Conference Statement. The Statement shall provide an update on the parties' settlement efforts and the parties' proposed schedules for trial.

United States District Court
For the Northern District of California

This is the final extension of the case schedule for this action.

Dated: February 16, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Nkia Desiree Richardson cao.main@sanjoseca.gov
Robert R. Fabela CAO.Main@sanjoseca.gov
Sidney Carl Flores floreslawfirm@yahoo.com

**Dated: February 16, 2010**

**Richard W. Wieking, Clerk**

**By: /s/ JW Chambers**
**Elizabeth Garcia**
**Courtroom Deputy**

**United States District Court**
For the Northern District of California