| | |
|---|---|
| 1 | RICHARD DOYLE, City Attorney (#88625) |
| 2 | NORA FRIMANN, Assistant City Attorney (#93249) |
|   | ROBERT FABELA, Sr. Deputy City Attorney (#148098) |
| 3 | NKIA D. RICHARDSON, Deputy City Attorney (#193209) |
|   | Office of the City Attorney |

RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Assistant City Attorney (#93249)
ROBERT FABELA, Sr. Deputy City Attorney (#148098)
NKIA D. RICHARDSON, Deputy City Attorney (#193209)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendant, CITY OF SAN JOSE

SIDNEY C. FLORES (   )
Flores & Barrios
97 E. St. James Street, Suite 102
P.O. Box 266
San Jose, California 95103-0266
Telephone Number: (408) 292-3400
Facsimile Number: (408) 292-3421
Email: floreslawfirm@yahoo.com

Attorneys for Plaintiff, EMILY BRIGGS

**[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED / Judge James Ware]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILY BRIGGS, | Case Number: C07-04512 JW |
| Plaintiff, | **ORDER CONTINUING HEARING ON SETTLEMENT** |
| v. | |
| CITY OF SAN JOSE, | |
| Defendant. | |

Pursuant to the Court's April 28, 2010 Order Continuing Order to Show Cause Hearing, the parties hereby submit the following Joint Status Statement. As this Court is aware, the above-captioned action is a case in which Plaintiff is asserting that the City of San Jose discriminated against her on the basis of age and disability. The City denies these allegations.

Over the past few months, the parties engaged in settlement discussions with Magistrate Trumbull. On or about April 14, 2010, the parties reached a settlement agreement which included a resolution of Plaintiff's workers' compensation claims as well as the above-captioned action. The parties placed their agreement on the record on April 14, 2010. Since the April 14 appearance before Magistrate Trumbull, the Workers' Compensation Court has approved the settlement and the City of San Jose has forwarded settlement documents to Plaintiff for her review and signature in the federal action.

In light of the current status of this case, the parties jointly request a 30 day continuance of the Status Conference to allow them an opportunity to take the necessary steps to have this matter finalized. Should a settlement be finalized prior to the continued Status Conference, the parties ask that this matter be dismissed at that time and that any Status Conference or be taken off calendar.

Respectfully submitted,

RICHARD DOYLE, City Attorney

Dated: May 5, 2010

By: _____
NKIA D. RICHARDSON
Deputy City Attorney

Attorney for Defendant CITY OF SAN JOSE

FLORES & BARRIOS

Dated: May 5, 2010

By: _____
SIDNEY C. FLORES

Attorneys for Plaintiff EMILY BRIGGS

*** ORDER ***

In light of the parties' representation, the Court continues the May 17, 2010 hearing to **June 21, 2010 at 9 a.m.** On or before **June 11, 2010**, the parties shall either file a Stipulated Dismissal or a Joint Statement updating the Court on the status of their settlement efforts.

Dated: May 11, 2010

_____
JAMES WARE
United States District Judge