

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILY BRIGGS,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF SAN JOSE,<br><br>    Defendant. | Case Number: C07-04512 JW<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE RE: SETTLEMENT** |

   Pursuant to the Court's May 11, 2010 Order Continuing Order to Show Cause Hearing, Defendant City of San Jose ("City") submitted a Case Status Statement ("Statement") on June 11, 2010. In the June 11 Statement, the City informed the Court that it had forwarded settlement documents to Plaintiff for her review and signature but Plaintiff had not returned the signed documents.

   Since submission of the June 11 Statement, the City has received a signed Settlement Agreement from Plaintiff and has commenced the internal process necessary to generate the settlement check. It is anticipated that the settlement monies will be available on or before July 8.

   In light of the current status of this case, Defendant City of San Jose requests a thirty (30) day continuance of the status conference to finalize this matter. Should a

1

SUPPLEMENTAL CASE STATUS STATEMENT                  C07-04512 JW
668526.doc

settlement be finalized prior to the continued Status Conference, the parties ask that this matter be dismissed at that time and that any Status Conference or be taken off calendar.

Respectfully submitted,

RICHARD DOYLE, City Attorney

Dated: June 18, 2010

By: _____/S/_____
NKIA D. RICHARDSON
Deputy City Attorney

Attorneys for CITY OF SAN JOSE

**\*\*\* ORDER \*\*\***

Based on Defendant's representation, the Court finds good cause to continue the Order to Show Cause re: Settlement from June 21, 2010 to **July 19, 2010 at 9 a.m.** On or before **July 14, 2010**, the parties shall file a Stipulated Dismissal.

Dated: June 18, 2010

_____/s/ James Ware_____
JAMES WARE
United States District Judge

SUPPLEMENTAL CASE STATUS STATEMENT     2     C07-04512 JW
668526.doc