```
RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
ROBERT FABELA, Sr. Deputy City Attorney (148098)
NKIA D. RICHARDSON, Deputy City Attorney (193209)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov
```

Attorneys for Defendant, CITY OF SAN JOSE

```
SIDNEY C. FLORES (64082)
Flores & Barrios
97 E. St. James Street, Suite 102
P.O. Box 266
San Jose, California 95103-0266
Telephone Number: (408) 292-3400
Facsimile Number: (408) 292-3421
Email Address: floreslawfirm@yahoo.com
```

Attorneys for Plaintiff, EMILY BRIGGS

**IT IS SO ORDERED**
*Judge James Ware*
7/14/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILY BRIGGS,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE,<br><br>          Defendant. | Case Number: C07-04512 JW<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), by and between Plaintiff, EMILY BRIGGS, and all Defendants who have appeared in this action, through their counsel, SIDNEY C. FLORES and NKIA D. RICHARDSON, as follows:

1. This action was commenced on in Santa Clara Superior Court on March 23, 2007. A notice of removal was subsequently filed with this court on August 31, 2007.

2. The action is not a class action, a receiver has not been appointed, and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

3. This action is hereby dismissed, in its entirety, with prejudice, all parties to bear their own costs and fees incurred in this action.

Respectfully submitted,

RICHARD DOYLE, City Attorney

Dated: July 13, 2010

By: _____
NKIA D. RICHARDSON
Deputy City Attorney

Attorney for Defendant CITY OF SAN JOSE

FLORES & BARRIOS

Dated: July 13, 2010

By: _____
SIDNEY C. FLORES

Attorneys for Plaintiff EMILY BRIGGS

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Nkia D. Richardson and Sidney C. Flores, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney. The Clerk shall close the file.

Date: July 13, 2010

By: _____
NKIA D. RICHARDSON

STIPULATION OF VOLUNTARY DISMISSAL                               C07-04512 JW
                                                                 674474